# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>SIU LIM LEE d/b/a MEGA-MUSCLES,<br><br>Respondent. | Misc. No.: 2:25-mc-5 |

## ORDER TO SHOW CAUSE

Upon the Petition of the United States of America, it is hereby

ORDERED that the Respondent Siu Lim Lee appear before the Honorable ROBERT J. KRASK, UNITED STATES MAGISTRATE JUDGE, in the Walter E. Hoffman U.S. Courthouse, 600 Granby Street, Norfolk, Virginia 23510 on the 24th day of April, 2025, at 10:00a.m. to show cause why the Respondent should not be compelled to obey the Drug Enforcement Administration Subpoena served upon Respondent.

It is further ORDERED that:

1. A copy of this Order, together with the Petition and its exhibits, shall be served in accordance with Rules 4(e) and 4.1(a) of the Federal Rules of Civil Procedure upon the Respondent within 21 days of the date that this Order is served upon counsel for the United States or as soon thereafter as possible.

2. Proof of service completed pursuant to Paragraph 1 above shall be filed with the Clerk as soon as practicable.

3. Because the file in the matter reflects a *prima facie* showing that the investigation is being conducted for a legitimate purpose, that the inquiries may be relevant to that purpose, that

# Exhibit A

the information sought is not already within the DEA's possession, and that the administrative steps required by the Controlled Substances Act have been substantially followed, the burden of coming forward has shifted to the Respondent to oppose enforcement of the Subpoena.

4. If the Respondent has any defense to present or opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and copies served on counsel for the United States, at least 14 days prior to the date set for the show cause hearing. The United States may file a reply memorandum to any opposition at least 5 days prior to the date set for the show cause hearing.

5. At the show cause hearing, only those issues brought into controversy by the responsive pleadings and factual allegations supported by affidavit will be considered. Any uncontested allegation in the petition will be considered admitted.

6. Respondent may notify the Court, in a writing filed with the Clerk and served on counsel for the United States at the address(es) on the petition, at least 14 days prior to the date set for the show cause hearing, that the Respondent has no objection to enforcement of the Subpoena. The parties' appearance at the hearing will then be excused.

The Respondent is hereby notified that a failure to comply with this Order may subject it to sanctions for contempt of court.

IT IS HEREBY ORDERED this 26th day of February, 2025.

Robert J. Krask
United States Magistrate Judge