**Exhibit B**

# U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
# SUBPOENA

In the matter of the investigation of
Case No: [REDACTED]
Subpoena No. R3-25-009039

**TO:** Siu Lim Lee dba Mega-Muscles

**Phone:** 310-721-4658

**AT:** 7120 Shoreline Dr.
San Diego, CA  92122

By the service of this subpoena on you by Diversion Investigator Edward R Nowicki who is authorized to serve it, you are hereby commanded and required to appear before Edward R Nowicki, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following for the dates between 10/6/2021 - 10/06/2024 Pacific (PST)

Any and all records for receipt or sales by your company Mega-Muscles and or foreign and domestic subsidiaries, affiliates, owners, purchasers, and consignees, in any capacity related to epiandrosterone, 7-Keto Dehydroepiandrosterone (7-keto DHEA),  and/or 19-nor dehydroepiandrosterone (19-nor DHEA) and products containing epiandrosterone, 7-Keto Dehydroepiandrosterone (7-keto DHEA), and/or 19-nor dehydroepiandrosterone (19-nor DHEA):

1. Domestic and foreign supplier list including company name, address, point of contact, telephone number, products purchased during the period 10/6/2021 to present;
2. Instructions, formulas, commercial container labels provided by you or your company Mega-Muscles to supplier-manufacturers for each order during the period 10/10/2022 to present;
3. Written explanation regarding how orders are placed with each supplier-manufacturer;
4. All receiving records kept in the normal course of business for the order, purchase, and receipt of epiandrosterone, 7-keto DHEA and/or 19-nor DHEA  products from manufacturers, or any other suppliers, during the period 10/10/2022 to present;
5. Domestic transportation records for epiandrosterone, 7-keto DHEA and/or 19-nor DHEA, in all forms, including raw material, finished product, and in-process material;
6. Epiandrosterone, 7-keto DHEA, and/or 19-nor DHEA products commercial customer list, including customer name with any DBA, address, point of contact, telephone number, product name, commercial container size for products sold during the period 10/10/2022 to present (customers include any third parties that may sell epiandrosterone, 7-keto DHEA, and/or 19-nor DHEA products on your behalf, and any individual bulk customers);
7. All distribution records kept in the normal course of business for the distribution of epiandrosterone, 7-keto DHEA and/or 19-nor DHEA products to commercial customers or bulk individual customers (distributions include, but are not limited to the sale or transfer of products to another person or entity) during the period 10/10/2022 to present;

FORM DEA-79

# Exhibit B

8. For epiandrosterone, 7-keto DHEA and/or 19-nor DHEA products directly distributed or sold by your company online: a list of the website names, website addresses (URL), company name and any DBA associated with the website, and the address of the physical location from where products are distributed (sold and shipped, if different locations) to online customers.

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Diversion Investigator Edward R Nowicki, 571-776-0934.

Please complete and execute a Certification of Records and return the fully executed Certification of Records with your response.

Place and time for appearance: At 450 Golden Gate Avenue 36035 36035 SAN FRANCISCO, CA 94102 US on the 30th day of October 2024 at 12:00 PM. In lieu of personal appearance, please email records to edward.r.nowicki@dea.gov.

---

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

---

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)

**ORIGINAL**

Signature: STEPHEN BUZZEO  *Digitally signed by STEPHEN BUZZEO Date: 2024.10.07 14:31:28 -07'00'*

Stephen M Buzzeo
DPM
Issued this 7th day of October 2024

FORM DEA-79