**Exhibit C**



*Figure 5. 4- rings core chemical structure carbon position*