# Miscellaneous Minutes

Time Set: 10:00 a.m.
Start Time: 10:04 a.m.
End Time: 10:24 a.m.

| | | |
|---|---|---|
| United States of America | Civil Case Number: | 2:25mc5 |
| ( X ) Petitioner  ( ) Government | Date: | 4/24/2025 |
| vs. | Presiding Judge: | Robert J. Krask |
| | Court Reporter | Paul McManus, OCR |
| Siu Lim Lee | Courtroom Deputy: | B. Titus |
| Respondent(s) | | |

Proceedings: The matter came on for a show cause hearing to address the petition for enforcement of DEA subpoena.

John Beerbower appeared on behalf of the petitioner. Respondent, Siu Lim Lee, appeared.

Comments and questions by the Court. Responses of counsel heard.

Respondent still making efforts to hire local counsel and requests more time to do so.

Show cause hearing continued to May 21, 2025 at 10:00 AM.

Court to prepare an order.

Court adjourned.