# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

UNITED STATES OF AMERICA,

    Petitioner,

v.                                                                              ACTION NO. 2:25mc5

SIU LIM LEE d/b/a MEGA-MUSCLES,

    Respondent.

## **ORDER**

This matter was before the Court on April 24, 2025, for a show cause hearing related to the Government's Petition for Enforcement of an administrative subpoena served by the Drug Enforcement Administration ("DEA") on respondent, Siu Lim Lee d/b/a Mega-Muscles filed on February 24, 2025. ECF No. 1. It is hereby **ORDERED** that:

1. The show cause hearing is **CONTINUED** to **May 21, 2025, at 10:00 a.m.** before the undersigned in Courtroom 2 at the Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510, to give respondent an opportunity to retain counsel authorized to appear in this Court;

2. If respondent retains counsel before the show cause hearing, any response to the petition shall be filed by respondent's counsel not later than **May 12, 2025**, and any reply by the Government shall be filed not later than **May 19, 2025**;

3. The Government shall file a proposed final order with the Court not later than **May 19, 2025**. The proposed final order shall reflect the Government's representations at the April 24, 2025 hearing that it is not seeking testimony at this time under this subpoena and that respondent

is permitted to comply with the subpoena by delivering the requested documents to the DEA's local field office in Norfolk, Virginia.

The Clerk is **DIRECTED** to deliver a copy of this order to counsel of record and respondent at the address specified in ECF No. 1, at 2.

**IT IS SO ORDERED.**

/s/
Robert J. Krask
United States Magistrate Judge

Norfolk, Virginia
April 24, 2025