UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

    Petitioner,

v.                                         Action No. 2:25mc5

SIU LIM LEE d/b/a MEGA-MUSCLES,

    Respondent.

## ORDER

On February 24, 2025, the Government filed a Petition for Enforcement of an administrative subpoena served by the Drug Enforcement Administration ("DEA") on respondent, Siu Lim Lee d/b/a Mega-Muscles. ECF No. 1. Mr. Lee filed a *pro se* response in opposition to the petition on March 26, 2025. ECF No. 7. The Court held a show cause hearing on the Government's petition on April 24, 2025. ECF No. 9. At that time, the Court continued the hearing to May 21, 2025, to allow Mr. Lee an opportunity to retain counsel. ECF No. 10. On May 12, 2025, Mr. Lee, through newly retained counsel, filed a response to the petition in which he now invokes his Fifth Amendment Privilege against self-incrimination with respect to any act of production. ECF No. 13. The Government filed a reply to Mr. Lee's response on May 19, 2025, arguing that Mr. Lee waived his Fifth Amendment Privilege. ECF No. 14. This matter came before the Court on May 21, 2025, for the continuation of the show cause hearing.

It is hereby **ORDERED** that Mr. Lee shall file a response to the Government's reply **not later than June 5, 2025.**

The Clerk is **DIRECTED** to send a copy of this order to all counsel of record.

**IT IS SO ORDERED.**

                                                                                              /s/
                                      Robert J. Krask
                                United States Magistrate Judge

Norfolk, Virginia
May 22, 2025